# EXHIBIT A

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 22 - 6710                                    DIVISION " C "

MICHAEL MELZER

VERSUS

NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, V&V CARRIERS INC., DEWAYNE RICHARDS
AND ALLSTATE NORTHBROOK INDEMNITY COMPANY

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Michael Melzer, a person of the full age of majority and a resident and citizen of the State of Louisiana, who, with respect, shows the Court as follows:

1.

That National Union Fire Insurance Company of Pittsburgh, PA, and Allstate Northbrook Indemnity Company, made party defendants herein, are foreign insurance companies authorized to do and doing business in the State of Louisiana at all times relevant hereto. That V & V Carriers Inc., made a party defendant herein, is an foreign corporation not authorized to do but doing business in the State of Louisiana, at all times relevant hereto. That Dewayne Richards, made a party defendant herein, is a person of the full age of majority and a resident and citizen of the State of Alabama. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

2.

That on or about October 4, 2021, Petitioner, Michael Melzer, was driving a 2014 Dodge Charger, on the Interstate 10 off ramp exit at Carondelet Street, made a left turn onto Calliope Street towards Harmony Circle (formerly Lee Circle) in the left-hand lane in the Parish of Orleans, State of Louisiana.

3.

That at approximately the same time and place, Defendant, Dewayne Richards, while in the course and scope of his employment with Defendant, V & V

1

Carriers Inc., was operating a white in color, box-style 18-wheeler in the right lane on the off-ramp when he attempted to make a left hand turn on Calliope Street in the Parish of Orleans, State of Louisiana.

4.

Further, that on the above date and time, and on the same area of roadway, Dewayne Richards, in attempting to make a left turn on to Calliope Street from the right off-ramp lane, his vehicle to collide with Petitioner's vehicle's, which at all times was in the correct and proper lane to execute a left turn on to Calliope Street.

5.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendant, Dewayne Richards, in the following respects:

- (a) by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;
- (b) by operating the vehicle under his control in a reckless and negligent manner; and
- (c) by failing to see what should be seen.
- (d) Making an illegal left turn;
- (e) Making a left turn before he determined it was safe to do so.

6.

Petitioner shows that at all times relevant hereto, Defendant, Dewayne Richards was an employee of Defendant, V & V Carriers Inc., and was acting within the course and scope of his employment therewith. Therefore, said employer is liable for the negligent fault, acts, and omissions of its employee pursuant to the Louisiana Civil Code Article 2320.

7.

In addition to the fault of Dwayne Richards, the aforesaid collision was the fault of and proximately caused by Defendant, V & V Carriers Inc., in the following, non-exclusive, respects:

- (a) by failing to properly train, supervise and/or monitor its employees and operators, specifically Defendant, Dewayne Richards, regarding the proper and safe operation of its trucks.

8.

That as a result of the aforesaid collision, Michael Melzer has sustained serious injuries to his neck, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; past and future loss of earnings and impaired earning capacity; all of which entitles Petitioner, Michael Melzer, to recover from Defendants the damages as are reasonable in the premises.

9.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, National Union Fire Insurance Company of Pittsburgh, PA, under the terms and conditions of which it agreed to insure and indemnify V&V Carriers Inc. and Dewayne Richards, from the type of liability asserted herein.

10.

Petitioner further shows that, at all times mentioned hereinabove, there was in full force and effect a policy of uninsured/underinsured motorist insurance issued by Allstate Northbrook Indemnity Company, under the terms and conditions of which said insurer agreed to provide uninsured/underinsured motorist coverage to Petitioner; that the evidence in this case will reflect that Petitioner has a basis for uninsured/underinsured status. As such, Allstate Northbrook Indemnity Company is a proper party Defendant herein.

11.

Petitioner shows that this case involves damages which exceed Seventy-Thousand Dollars ($75,000), exclusive of costs and interest.

WHEREFORE, Petitioner, Michael Melzer prays that Defendants, National Union Fire Insurance Company of Pittsburgh, PA, Allstate Northbrook Indemnity Company, V&V Carriers Inc. and Dewayne Richards, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Michael Melzer, and against Defendants,

National Union Fire Insurance Company of Pittsburgh, PA, Allstate Northbrook Indemnity Company, V&V Carriers Inc. and Dewayne Richards, jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand, until paid, and for all costs of these proceedings.

Respectfully submitted:

MORRIS BART, LLC
ATTORNEYS FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
EMAIL: sjohnson@morrisbart.com

BY: _____
STEPHEN J. JOHNSON, Bar #22439

PLEASE SERVE:

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A n d

**ALLSTATE NORTHBROOK INDEMNITY COMPANY**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A n d

**V&V CARRIERS INC.**
Through the Long Arm Statute:
Through its agent for service of process
Aleksandar Cvijovic
491 Dakota CT
Carol Stream, IL 60188

A n d

**DEWAYNE RICHARDS**
Through the Long Arm Statute:
464 Planters
Montgomery, AL 36109

4